

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                   )<br>        Plaintiff,  )<br>                   )<br>     vs.           )<br>                   )<br> YUBAL AZAED ACOSTA )<br>                   )<br>        Defendant. )<br>_____) | Case No.: 11-1050m<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ____SD CAL____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  no evid submitted by ∆; no PTS interview; no bail resources

|   |   |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |
| 4 | and/~~or~~ |
| 5 | B.   (✓) The defendant has not met his/~~her~~ burden of establishing by |
| 6 | clear and convincing evidence that he/she is not likely to pose |
| 7 | a danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9 | on: no evid submitted by D; prior record |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 5/11/11

_Ralph Zarefsky_
RALPH ZAREFSKY
UNITES STATES MAGISTRATE JUDGE